IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KYLE MATTHEW JACKSON                                                  PETITIONER

VS.                                          CIVIL ACTION NO. 3:16-CV-683

WARDEN B. BLACKMON                                                DEFENDANT

## **ORDER ADOPTING REPORT AND RECOMMENDATION**
## **OF UNITED STATES MAGISTRATE JUDGE**

This matter comes before this court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson, which was entered on July 23, 2018 [doc. no. 17]. The Petitioner was mailed a copy of the Report and Recommendation to the address he had provided to the Clerk of Court. Petitioner's mail was returned as undeliverable. "Every attorney and every litigant proceeding without legal counsel has a continuing obligation to notify the clerk of court of address changes." See Local Rule 11(a); see also *Wade v. Farmers Ins. Group*, 45 Fed. App'x 323 fn. 12 (5th Cir. 2002) ("it is the responsibility of even incarcerated litigants to inform the court of a change of address"). Petitioner has not provided a current address to the Clerk of Court; nor has he filed an objection/appeal to the Report and Recommendation despite the passage of over six months.

After examining the record evidence in this case it was the recommendation of the Magistrate Judge that the petition should be denied and dismissed with prejudice.

This Court has reviewed the Report and Recommendation of the Magistrate Judge, the court filings and the relevant law, and concludes that the findings in the Report and Recommendation **[doc. no. 17]** should be and are hereby **adopted** as this Court's own.

Accordingly, the Petition is dismissed, with prejudice. A separate Final Judgment will issue on this date.

SO ORDERED AND ADJUDGED, this the 6th day of February, 2019.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE